**Fill in this information to identify your case:**

Debtor 1: **Guilan Norouzi**
First Name — Middle Name — Last Name

Debtor 2:
(Spouse if, filing) First Name — Middle Name — Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known): **16-44742**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Victoria Zadeh and Jay Steinberg**<br>Creditor's Name<br><br>415 Poinsetta Road<br>Clearwater, FL 33756<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | Describe the property that secures the claim:<br>1 Chasselle Lane St Louis, MO 63141<br>Residence:<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>■ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number _____ | $787,110.64 | $326,000.00 | $786,950.64 |

Add the dollar value of your entries in Column A on this page. Write that number here: **$787,110.64**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$787,110.64**

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1: **Guilan Norouzi**
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number: **16-44742**
(if known)

☒ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **Danna McKitrick, PC** <br> Nonpriority Creditor's Name <br> Attn: A. Thomas DeWoskin, Esq. <br> 7701 Forsyth Blvd., Suite 800 <br> Saint Louis, MO 63105 <br> Number Street City State Zip Code <br> Who incurred the debt? Check one. <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | Last 4 digits of account number <br> When was the debt incurred? <br><br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Type of NONPRIORITY unsecured claim: <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☒ Other. Specify **Attorney fees** | **$20,000.00** |

Debtor 1  Guilan Norouzi                    Case number (if know)  16-44742

| 4.2 | GNVZ, LC | Last 4 digits of account number | 0646 | Unknown |

Nonpriority Creditor's Name
R/A Gregory Hoffman          When was the debt incurred?  7/8/15
230 South Bemiston, Ste. 1110
Saint Louis, MO 63105
Number Street City State Zip Code     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                  ☐ Contingent
☐ Debtor 2 only                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  Judgment for 50% interest in GNVZ, LC

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
Gregory F. Hoffman                  Line **4.12** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
230 S. Bemiston                                                      ■ Part 2: Creditors with Nonpriority Unsecured Claims
Suite 1110
Saint Louis, MO 63105               Last 4 digits of account number

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
Robert J. Lenze, Esq.               Line **4.12** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
3703 Watson Road                                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
Saint Louis, MO 63139
                                    Last 4 digits of account number

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |
|  |  |  |  |  | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 20,000.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 20,000.00 |

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                      Page 2 of 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1  **Guilan Norouzi**
          First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number  **16-44742**
(if known)

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Guilan Norouzi**                              X  _____
   **Guilan Norouzi**                                     Signature of Debtor 2
   Signature of Debtor 1

Date  **July 20, 2016**                                Date

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Guilan Norouzi**   Case No. **16-44742**
Debtor(s)   Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

/s/ Guilan Norouzi
**Guilan Norouzi**
Debtor

Dated:   **July 20, 2016**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

(L.F. 2 Rev. 03/03)
Best Case Bankruptcy

Danna McKitrick, PC
Attn: A. Thomas DeWoskin, Esq.
7701 Forsyth Blvd., Suite 800
Saint Louis, MO 63105

GNVZ, LC
R/A Gregory Hoffman
230 South Bemiston, Ste. 1110
Saint Louis, MO 63105

Gregory F. Hoffman
230 S. Bemiston
Suite 1110
Saint Louis, MO 63105

Robert J. Lenze, Esq.
3703 Watson Road
Saint Louis, MO 63139

Victoria Zadeh and Jay Steinberg
415 Poinsetta Road
Clearwater, FL 33756

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.: 16-44742-705 |
| ) | Chapter 7 |
| GUILAN NOROUZI, ) | |
| ) | |
| Debtor. ) | |

## MEMORANDUM OF FILING AMENDED SCHEDULES

COMES NOW Debtor Guilan Norouzi (the "Debtor"), by and through undersigned counsel, and hereby files her Amended Schedule D and Amended Schedule F as follows:

1. Schedule D: Added Victoria Zadeh and Jay Steinberg as a secured creditor.

2. Schedule F: Added Danna McKitrick, PC as an unsecured creditor and updated GNVZ, LC's claim amount to unknown.

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: /s/ Robert E. Eggmann
ROBERT E. EGGMANN (#37374MO)
DANIELLE SUBERI (#59688MO)
7733 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
(314) 881-0800
(314) 881-0820 - FAX
reggmann@demlawllc.com
dsuberi@demlawllc.com

ATTORNEYS FOR DEBTOR
GUILAN NOROUZI

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 16-44742-705 |
| | ) Chapter 7 |
| GUILAN NOROUZI, | ) |
| | ) |
| Debtor. | ) |

NOTICE OF AMENDMENT TO SCHEDULES TO ADD CREDITOR(S)

To: Creditor(s) on attached Amended Schedules and listed below:

Danna McKitrick, PC
Attn: A. Thomas DeWoskin, Esq
7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105

GNVZ, LC
r/a Gregory Hoffman
230 South Bemiston, Ste. 1110
St. Louis, MO 63105

Gregory Hoffman
230 S. Bemiston, Suite 1110
St. Louis, MO 63105

Robert J. Lenz, Esq.
3703 Watson Road
St. Louis, MO 63139

Victoria Zadeh and Jay Steinberg
415 Poinsetta Road
Clearwater, FL 33756

1. **Amended Schedules.** You are hereby notified that the above Debtor(s) filed Amended Schedules and added you as a creditor in this case. The following documents are attached for you. *(Check all that are attached)*
   _X_ A copy of the Amended Schedule adding you as a creditor;
   _X_ A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines showing the debtor's full social security number;
   _X_ A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed along with a proof of claim form, if applicable.

2. **Claims**. You are further notified that: *(Check one option)*
   _X_ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   ____ This is an asset case. You may file a proof of claim by the deadline specified in the order or notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of the date of service of this notice, whichever is later.

3. **Discharge.** You are further notified that you may file a complaint to determine dischargeability pursuant to 11 U.S.C. § 523(c) or to object to discharge pursuant to 11 U.S.C. § 727(c) not later than sixty (60) days after the date on the certificate of service of this notice, or within the time originally set for filing such a complaint, whichever is later.

Dated:  July 20, 2016

                        Respectfully submitted,

                        DESAI EGGMANN MASON LLC

                        By:  */s/ Robert E. Eggmann*
                            ROBERT E. EGGMANN (#37374MO)
                            DANIELLE SUBERI (#59688MO)
                            7733 Forsyth Boulevard, Suite 800
                            St. Louis, Missouri  63105
                            (314) 881-0800
                            (314) 881-0820 - FAX
                            reggmann@demlawllc.com
                            dsuberi@demlawllc.com

                        ATTORNEYS FOR DEBTOR
                        GUILAN NOROUZI

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.: 16-44742-705 |
| ) | Chapter 7 |
| GUILAN NOROUZI, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

COMES NOW Debtor Guilan Norouzi by and through undersigned counsel, and certifies that on July 20, 2016, a copy of Amended Schedule D, Amended Schedule E/F, Declaration Concerning Debtor's Amended Schedules, Memorandum of Filing Amended Schedules, Notice of Amendment to Schedules to Add Creditor, and Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines were served upon the following electronically or by first class mail, postage prepaid:

Danna McKitrick, PC
Attn: A. Thomas DeWoskin, Esq
7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105

GNVZ, LC
r/a Gregory Hoffman
230 South Bemiston, Ste. 1110
St. Louis, MO 63105

Gregory Hoffman

230 S. Bemiston, Suite 1110
St. Louis, MO 63105

Robert J. Lenz, Esq.
3703 Watson Road
St. Louis, MO 63139

Victoria Zadeh and Jay Steinberg
415 Poinsetta Road
Clearwater, FL 33756

Respectfully submitted,

DESAI EGGMANN MASON LLC

By: /s/ *Robert E. Eggmann*
    ROBERT E. EGGMANN (#37374MO)
    DANIELLE SUBERI (#59688MO)
    7733 Forsyth Boulevard, Suite 800
    St. Louis, Missouri 63105
    (314) 881-0800
    (314) 881-0820 - FAX
    reggmann@demlawllc.com
    dsuberi@demlawllc.com

ATTORNEYS FOR DEBTOR
GUILAN NOROUZI