**Fill in this information to identify your case:**

Debtor 1  Guilan Norouzi
  First Name  Middle Name  Last Name

Debtor 2
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number  16-44742
(if known)

☒ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **Ann Stockton**  Nonpriority Creditor's Name  c/o John Wallach, Esq.  1034 S. Brentwood Blvd., Ste. 1900  Saint Louis, MO 63117  Number Street City State Zip Code  Who incurred the debt? Check one.  ☒ Debtor 1 only  ☐ Debtor 2 only  ☐ Debtor 1 and Debtor 2 only  ☐ At least one of the debtors and another  ☐ Check if this claim is for a community debt  Is the claim subject to offset?  ☒ No  ☐ Yes | Last 4 digits of account number  When was the debt incurred?  As of the date you file, the claim is: Check all that apply  ☐ Contingent  ☐ Unliquidated  ☐ Disputed  Type of NONPRIORITY unsecured claim:  ☐ Student loans  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  ☐ Debts to pension or profit-sharing plans, and other similar debts  ☒ Other. Specify  Alleged Dental Malpractice | Unknown |

Official Form 106 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 1 of 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  43533  Best Case Bankruptcy

Debtor 1 _Guilan Norouzi_____ Case number (if know) _16-44742_____

| 4.2 | Joann McCracken | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1900
Saint Louis, MO 63117
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alleged Dental Malpractice**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|   |   |   |   | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

|   |   |   |   | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 0.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1  **Guilan Norouzi**
_____First Name_____ _____Middle Name_____ _____Last Name_____

Debtor 2
(Spouse if, filing) _____First Name_____ _____Middle Name_____ _____Last Name_____

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number   **16-44742**
(if known)

☒ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Guilan Norouzi**                                X  _____
   **Guilan Norouzi**                                       Signature of Debtor 2
   Signature of Debtor 1

   Date  **November 8, 2017**                             Date _____

(L.F. 2 Rev. 03/03)
Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re: __Guilan Norouzi__    Case No. __16-44742__
Debtor(s)    Chapter __7__

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

/s/ Guilan Norouzi
**Guilan Norouzi**
Debtor

Dated: __November 8, 2017__

```
Ann Stockton
c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1900
Saint Louis, MO 63117

Joann McCracken
c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1900
Saint Louis, MO 63117
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 16-44742-705 |
| | ) | Chapter 7 |
| GUILAN NOROUZI, | ) | |
| | ) | |
| Debtor. | ) | |

## MEMORANDUM OF FILING AMENDED SCHEDULES

COMES NOW Debtor Guilan Norouzi (the "Debtor"), by and through undersigned counsel, and hereby files her Amended Schedule F as follows:

1.  Schedule F: Added Ann Stockton and Joann McCracken as an unsecured creditor c/o John Wallach, Esq.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
    ROBERT E. EGGMANN (#37374MO)
    DANIELLE SUBERI (#59688MO)
    120 S. Central Avenue, Ste. 1800
    St. Louis, Missouri  63105
    (314) 854-8600
    (314) 854-8660 - FAX
    ree@carmodymacdonald.com
    das@carmodymacdonald.com

ATTORNEYS FOR DEBTOR
GUILAN NOROUZI

{14711/00000/2141964.DOC.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                                  ) Case No.: 16-44742-705
                                                        ) Chapter 7
GUILAN NOROUZI,                                         )
                                                        )
            Debtor.                                     )

NOTICE OF AMENDMENT TO SCHEDULES TO ADD CREDITOR(S)

To:  Creditor(s) on attached Amended Schedules and listed below:

Ann Stockton                                            Joann McCracken
c/o John Wallach. Esq.                                  c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1900                      1034 S. Brentwood Blvd., Ste. 1900
St. Louis, MO 63117                                     St. Louis, MO 63117


1. **Amended Schedules.** You are hereby notified that the above Debtor(s) filed Amended Schedules and added you as a creditor in this case. The following documents are attached for you. *(Check all that are attached)*
   _X__  A copy of the Amended Schedule adding you as a creditor;
   _X__  A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines showing the debtor's full social security number;
   _X__  A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed along with a proof of claim form, if applicable.

2. **Claims**. You are further notified that: *(Check one option)*
   ___  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   _X_  This is an asset case. You may file a proof of claim by the deadline specified in the order or notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of the date of service of this notice, whichever is later.

3. **Discharge.** You are further notified that you may file a complaint to determine dischargeability pursuant to 11 U.S.C. § 523(c) or to object to discharge pursuant to 11 U.S.C. § 727(c) not later than sixty (60) days after the date on the certificate of service of this notice, or within the time originally set for filing such a complaint, whichever is later.

{14711/00000/2141892.DOC.}

Dated: November 8, 2017

        Respectfully submitted,

        CARMODY MACDONALD P.C.

        By: /s/ *Robert E. Eggmann*
            ROBERT E. EGGMANN (#37374MO)
            DANIELLE SUBERI (#59688MO)
            120 S. Central Avenue, Ste. 1800
            St. Louis, Missouri 63105
            (314) 854-8600
            (314) 854-8660 - FAX
            ree@carmodymacdonald.com
            das@carmodymacdonald.com

        ATTORNEYS FOR DEBTOR
        GUILAN NOROUZI

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 16-44742-705 |
| | ) Chapter 7 |
| GUILAN NOROUZI, | ) |
| | ) |
| Debtor. | ) |

### CERTIFICATE OF SERVICE

COMES NOW Debtor Guilan Norouzi by and through undersigned counsel, and certifies that on November 8, 2017, a copy of Amended Schedule E/F, Declaration Concerning Debtor's Amended Schedules, Memorandum of Filing Amended Schedules, Notice of Amendment to Schedules to Add Creditor, Notice of Assets, and Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines were served upon the following electronically or by first class mail, postage prepaid:

Ann Stockton
c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1800
St. Louis, MO 63117

John McCracken
c/o John Wallach, Esq.
1034 S. Brentwood Blvd., Ste. 1800
St. Louis, MO 63117

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN (#37374MO)
DANIELLE SUBERI (#59688MO)
120 S. Central Avenue, Ste. 1800
St. Louis, MO 63105
(314) 854-8600
(314) 854-8660 - FAX
ree@carmodymacdonald.com
das@carmodymacdonald.com

ATTORNEYS FOR DEBTOR
GUILAN NOROUZI

{14711/00000/2141966.DOC.}